

**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104  www.pfiserves.com
800 232-8854    Fax: 800 734-6859

# PROCESS SERVICE NOTIFICATION

| | |
|---|---|
| To: | **BALCH & BINGHAM, LLP**<br>**PO BOX 78**<br>**MONTGOMERY, AL 36101** |
| Attention: | Kelly F. Pate |
| Client Ref: | |

| | |
|---|---|
| Date: | Nov 27 2006 |
| Dispatcher: | Angela D.<br>AngelaD@abclegal.com<br>800-324-5619 |
| Tracking #: | 4189464 |

Thank you for using PFI.
Additional service information can be obtained via the Process Service Detail page on our web site.
www.pfiserves.com/trackserve.asp

| | |
|---|---|
| Servee: | MARK FREEMAN |
| Person Served: | MARK FREEMAN W/M, 225LBS, 5"9", 35-40 YRS OLD, BRN HAIR, BRN EYES |
| Served By: | Glenn McDaniel |
| Service Date: | Nov 20 2006  7:30AM |
| Documents: | NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |
| Service Address: | 118 ARDEN RD   MONTGOMERY county of County ALABAMA 36109 |
| Court: | UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA |
| Case Name: | ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL.,  Plaintiff / Petitioner<br>vs.<br>MARK FREEMAN  Defendant / Respondant |
| Case Number: | 2:06CV914-ID |
| Hearing Date: | |

All documents are served pursuant to:
A) The statutes or court rules of the jurisdiction in which the matter originates, and or
B) The statutes or court rules of the state in which service took place, and
C) Instructions from the customer

If service was substituted upon another person or left with a person(s) who refused to identify themselves, it is incumbent upon you, our customer, to notify ABC legal/PFI in writing if further attempts to serve, serve by mail, or investigate are required.

Information contained in this notification is deemed to be accurate and reliable, but is subject to final verification by PFI personnel.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> MARK FREEMAN <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. **2:06CV914-ID** <br><br> DECLARATION OF SERVICE OF: <br> NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of November, 2006, at 7:30 AM**, at the address of **118 ARDEN Road, MONTGOMERY, Montgomery** County, **AL 36109**; this declarant served the above described documents upon **MARK FREEMAN,** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **MARK FREEMAN, W/M, 225LBS, 5"9", 35-40 YRS OLD, BRN HAIR, BRN EYES**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of __Alabama__ that the statement above is true and correct.

DATED this 20th day of November, 2006.

_____
Glenn McDaniel

| | | |
|---|---|---|
| ABC's Client Name <br> **Holme, Roberts & Owen** <br> **RIAA (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **4189464** |

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 11/20/2006

Service of Summons and Complaint was made by me [1]
NAME OF SERVER (*PRINT*) Glenn McDaniel          TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

[X] Served personally upon the defendant. Place where served: 118 Arden Rd Montgomery, AL 36109

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

   Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (*specify*): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 11/20/2006
             Dated

Signature of Server

ABC-Legal Services
633 Yesler Way Seattle, WA 98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:<br>2:06 cv 914 - ID |

v.

MARK FREEMAN


TO:

MARK FREEMAN
384 Howell Rd.
Pike Road, AL 36064


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S' ATTORNEY

   Dorman Walker (Bar # WAL086)
   Kelly F. Pate (Bar # FIT014))
   BALCH & BINGHAM LLP
   105 Tallapoosa Street, Suite 200
   P.O. Box 78 (36101)
   Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE 10/10/06