IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ELEKTRA ENTERTAINMENT GROUP )
INC., a Delaware corporation; SONY BMG )
MUSIC ENTERTAINMENT, a Delaware )
general partnership; and BMG MUSIC, a )
New York general partnership, )
)
)
)
Plaintiffs, )
)
vs. )                 Civil Action No.: 2:06-cv-00914-ID-WC
)
MARK FREEMAN, )
)
)
Defendant. )

## DECLARATION OF KELLY F. PATE IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT

I, Kelly F. Pate, declare:

1.      I am an attorney at law licensed to practice before the Courts of the State of Alabama and this United States District Court.  I am an attorney in the law firm of Balch & Bingham LLP, attorneys for Plaintiffs.  Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.      On October 10, 2006, Plaintiffs filed the Complaint in this case against Defendant.  Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on November 20, 2006, by personal service.

3.      More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

1



4.    Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5.    Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6.    I am informed and believe that Defendant is not an infant or incompetent person.

7.    A search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database.  That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of December, 2006 at Montgomery, Alabama.

Kelly F. Pate

Kelly F. Pate

IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No.:  2:06-cv-00914-ID-WC |
| MARK FREEMAN, | ) ) | |
| Defendant. | ) ) ) | |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Declaration of Kelly F. Pate ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on November 20, 2006, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2.  Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4.  Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

174994.1

Respectfully submitted,

DATED:    December 14, 2006          s/ Kelly F. Pate
                                     Dorman Walker (Bar # WAL086)
                                     Kelly F. Pate (Bar # FIT014)
                                     BALCH & BINGHAM LLP
                                     105 Tallapoosa St., Suite 200
                                     P.O. Box 78 (36101-0078)
                                     Montgomery, Alabama 36104
                                     Telephone: (334) 269-3130
                                     Fax: (334) 313-6056

                                     ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Post Office depository on the 14th day of December, 2006.

Mark  Freeman
118 Arden Road
Montgomery, AL 36109

                                     /s/Kelly F. Pate
                                     Of Counsel

174994.1