**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

December 15, 2006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:  Elektra Entertainment Group, Inc. Et al v. Mark Freeman

Case No.:   2:06cv914-ID
            Document 5 Request to Enter Default

This Notice of Correction was filed in the referenced case this date to attach the corrected pdf for this document. The originally e-filed document referenced an incorrect case number. A copy of the corrected pdf is attached to this Notice and the document has been corrected.

IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MARK FREEMAN,<br><br>　　　　　　Defendant. | Civil Action No.: 2:06-cv-00914-ID-WC |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Kelly F. Pate ¶ 5. Plaintiffs served the Summons and Complaint on Defendant on November 20, 2006, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

174994.1

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 14, 2006 | s/ Kelly F. Pate |
|  | Dorman Walker (Bar # WAL086) |
|  | Kelly F. Pate (Bar # FIT014) |
|  | BALCH & BINGHAM LLP |
|  | 105 Tallapoosa St., Suite 200 |
|  | P.O. Box 78 (36101-0078) |
|  | Montgomery, Alabama 36104 |
|  | Telephone: (334) 269-3130 |
|  | Fax: (334) 313-6056 |
|  | ATTORNEYS FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Post Office depository on the 14th day of December, 2006.

Mark Freeman
118 Arden Road
Montgomery, AL 36109

/s/Kelly F. Pate
Of Counsel

174994.1