IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>          Plaintiffs,<br><br>vs.<br><br>MARK FREEMAN,<br><br>          Defendant. | Civil Action No.:  2:06-cv-00914-ID-WC |

## MOTION TO WITHDRAW REQUEST FOR CLERK TO ENTER DEFAULT

Plaintiffs move this Court to withdraw from the docket their Request to Enter Default by the Clerk (Doc. # 5, 6) filed on December 14, 2006.  As grounds, Plaintiffs state that the parties are now engaged in settlement negotiations.

Respectfully submitted,

DATED:  December 19, 2006

s/ Kelly F. Pate
Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104
Telephone: (334) 269-3130
Fax: (334) 313-6056

ATTORNEYS FOR PLAINTIFFS

175204.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Post Office depository on the 19th day of December, 2006.

Mark Freeman
118 Arden Road
Montgomery, AL 36109

        /s/Kelly F. Pate
        Of Counsel