IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., )<br>a Delaware corporation; SONY BMG MUSIC )<br>ENTERTAINMENT, a Delaware general )<br>partnership; and BMG MUSIC, a New York )<br>general partnership, )<br>)<br>    Plaintiffs, )<br>)<br>v.  )<br>)<br>)<br>MARK FREEMAN, )<br>)<br>    Defendant. )<br>) | Civil Action No. 2:06-cv-914-ID-WC |

ENTRY OF DEFAULT

It appearing that defendant Mark Freeman, was served with a copy of the summons and complaint on November 20, 2006, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiffs' attorney filed herein on December 14, 2006, as required by law.

DEFAULT is hereby entered against said defendant, Mark Freeman.

DONE THIS 20th day of December, 2006.

                                              /s/ Debra P. Hackett
                                              DEBRA P. HACKETT
                                              CLERK, U. S. DISTRICK COURT