**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 20, 2006

# NOTICE OF ERROR

To:   All Counsel of Record

**Case Style:** Elektra Entertainment Group Inc. et al v. Freeman

**Case Number:**   2:06-cv-00914-ID

**Referenced Pleading: Clerk's ENTRY OF DEFAULT**
**Docket Entry Number:**   8

**The referenced pleading was filed on \*\*December 20, 2006\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #8 docketing entry, which has been stricken from the record as a docketing error.**