# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **ELEKTRA ENTERTAINMENT GROUP,** et al., | ) ) ) |
| Plaintiffs, | ) ) ) CIV. ACT. NO. 2:06cv914-ID |
| v. | ) ) |
| **MARK FREEMAN,** | ) ) |
| Defendant. | ) |

## ORDER

Upon CONSIDERATION of Plaintiffs' motion to withdraw request for clerk to enter default, filed December 19, 2006 (Doc. No. 7), it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 20th day of December, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE