IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>MARK FREEMAN AND CHRISTINA FREEMAN<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: 2:06-CV-00914-ID-WC<br><br>DECLARATION OF SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of March, 2007**, at **7:30 AM**, at the address of **384 HOWELL Road, PIKE ROAD**, Montgomery County, AL 36064; this declarant served the above described documents upon **CHRISTINA FREEMAN**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **CHRISTINA FREEMAN, NAMED DEFENDANT, A white female approx. 40-45 years of age 5'6"-5'8" in height weighing 120-140 lbs with blonde hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Alabama** that the statement above is true and correct.

DATED this 14th day of March, 2007

_Glenn McDaniel_

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 4244940