# ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, | ) ) ) ) ) | Civil Action No.:  2:06-cv-00914-ID-WC |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| MARK FREEMAN and CHRISTINA FREEMAN, | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF KELLY F. PATE IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT

I, Kelly F. Pate, declare:

1.     I am an attorney at law licensed to practice before the Courts of the State of Alabama and this United States District Court.  I am an attorney in the law firm of Balch & Bingham LLP, attorneys for Plaintiffs.  Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.     On October 10, 2006, Plaintiffs filed the Complaint against Defendant Mark Freeman.  Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court reflecting that Defendant Mark Freeman was served with the Summons and Complaint on November 20, 2006, by personal service.

3.     On February 20, 2007, Plaintiffs filed the Amended Complaint in this case against Defendants Mark Freeman and Christina Freeman.  Attached hereto as Exhibit B is a true and

correct copy of the proof of service on file with the Court, reflecting that Defendant Christina

Freeman was served with the Summons and Amended Complaint on March 7, 2007, by personal

service.

4.    Defendant Mark Freeman was served with the Summons and Amended Complaint

on February 20, 2007, by United States mail.  Attached hereto as Exhibit C is a true and correct

copy of the Amended Complaint with certificate of service for Defendant Mark Freeman.

5.    More than 20 days have elapsed since the date on which service of the Summons

and Amended Complaint was effective.

6.    Neither Plaintiffs nor the Court have granted either Defendant any extension of

time to respond to the Amended Complaint.

7.    Defendants have failed to answer or otherwise respond to the Amended

Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

8.    I am informed and believe that neither Defendant is an infant or incompetent

person.

9.    A search for each Defendant's name was conducted through the Defense

Manpower Data Center, Servicemembers Civil Relief Act database.  That search revealed no

evidence that either Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed this 8th day of May, 2007 at Montgomery, Alabama.

_____
Kelly F. Pate

ATTACHMENT

TO

DECLARATION OF KELLY F. PATE

Dbt f !3;17.dw11: 25.,E .X DI!!!!Epdvn f oU5!!!!!Gjrhe!230!503117!!!!!Qbhf !2!pg5



**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104  www.pfiserves.com
800 232-8854   Fax: 800 734-6859

# PROCESS SERVICE NOTIFICATION

| To: | | |
|---|---|---|
| | **BALCH & BINGHAM, LLP**<br>**PO BOX 78**<br>**MONTGOMERY, AL 36101** | |
| Attention:<br>Client Ref: | Kelly F. Pate | |

| | |
|---|---|
| Date: | Nov 27 2006 |
| Dispatcher: | Angela D.<br>AngelaD@abclegal.com<br>800-324-5619 |
| Tracking #: | 4189464 |

Thank you for using PFI.
Additional service information can be obtained via the Process Service Detail page on our web site.
www.pfiserves.com/trackserve.asp

| | |
|---|---|
| Servee: | MARK FREEMAN |
| Person Served: | MARK FREEMAN W/M, 225LBS, 5"9", 35-40 YRS OLD, BRN HAIR, BRN EYES |
| Served By: | Glenn McDaniel |
| Service Date: | Nov 20 2006 7:30AM |
| Documents: | NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |
| Service Address: | 118 ARDEN RD   MONTGOMERY county of County ALABAMA 36109 |
| Court: | UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA |
| Case Name: | ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL.,    Plaintiff / Petitioner<br>vs.<br>MARK FREEMAN    Defendant / Respondant |
| Case Number: | 2:06CV914-ID |
| Hearing Date: | |

**EXHIBIT**

tabbies®

A

All documents are served pursuant to:
A) The statutes or court rules of the jurisdiction in which the matter originates, and or
B) The statutes or court rules of the state in which service took place, and
C) Instructions from the customer

If service was substituted upon another person or left with a person(s) who refused to identify themselves, it is incumbent upon you, our customer, to notify ABC legal/PFI in writing if further attempts to serve, serve by mail, or investigate are required.

Information contained in this notification is deemed to be accurate and reliable, but is subject to final verification by PFI personnel.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

perlres   Dbt f !3;17.dw 11: 25. E.X D!!!!!Epdvn f ou5!!!!!Gjrhe!2301503117!!!!!Qbhf !3!pg !3   Page 1 of 1

IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

ELEKTRA ENTERTAINMENT GROUP INC., A
DELAWARE CORPORATION; ET AL.,

                                    Plaintiff/Petitioner

vs.
MARK FREEMAN

                                    Defendant/Respondent

Hearing Date:

CAUSE NO. 2:06CV914-ID

DECLARATION OF SERVICE OF:
NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER
SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT;
EXHIBITS; CORPORATE DISCLOSURE STATEMENT;
REPORT ON THE FILING OR DETERMINATION OF AN
ACTION OR APPEAL RE A COPYRIGHT

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of November, 2006, at 7:30 AM**, at the address of **118 ARDEN Road , MONTGOMERY, Montgomery** County, **AL 36109**; this declarant served the above described documents upon **MARK FREEMAN**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **MARK FREEMAN, W/M, 225LBS, 5"9", 35-40 YRS OLD, BRN HAIR, BRN EYES.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of ___Alabama___ that the statement above is true and correct.

DATED this **20th day of November, 2006.**

_____
Glenn McDaniel

ABC's Client Name
**Holme, Roberts & Owen
RIAA (PFI)**

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: 4189464

Dbt f !3;17.dw11: 25.E.X D!!!!!Epdvn f ou5!!!!!Gjrhe!230!5!3117!!!!!Qbhf !4!pg5

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE: 11/20/2006 |
|---|---|
| Service of Summons and Complaint was made by me[1] | |
| NAME OF SERVER (*PRINT*) Glenn McDaniel | TITLE: Process Server |

*Check one box below to indicate appropriate method of service.*

☒  Served personally upon the defendant. Place where served: 118 Arden Rd Montgomery, AL 36109

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (*specify*): 

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:   11/20/2006
         Dated

Signature of Server

ABC-Legal Services
633 Yesler Way Seattle, WA 98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

Dbt f !3;17.dw 11: 25 .E .X D!!!!!Epdvn f ou5!!!!!Gjrhe!230!5!3117!!!!!Qbhf !5!pg5

AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

**ELEKTRA ENTERTAINMENT GROUP INC., a**
**Delaware corporation; SONY BMG MUSIC**
**ENTERTAINMENT, a Delaware general partnership;**
**and BMG MUSIC, a New York general partnership,**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

2:06 CV 914 -ID

v.

**MARK FREEMAN**

TO:

**MARK FREEMAN**
**384 Howell Rd.**
**Pike Road, AL 36064**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S' ATTORNEY

    **Dorman Walker (Bar # WAL086)**
    **Kelly F. Pate (Bar # FIT014))**
    **BALCH & BINGHAM LLP**
    **105 Tallapoosa Street, Suite 200**
    **P.O. Box 78 (36101)**
    **Montgomery, Alabama 36104**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

*Ben Horn*
(BY) DEPUTY CLERK

10/ 10/ 06
_____
DATE

From:     Page: 1/1     Date: 3/14/2007 11:25:54 AM

https://www.abclegal.com - Declaration of Service

## IN THE
## UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL., | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO: **2:06-CV-00914-ID-WC** |
| | DECLARATION OF SERVICE OF: |
| vs. | NOTICE TO DEFENDANT; SUMMONS; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| MARK FREEMAN AND CHRISTINA FREEMAN | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of March, 2007**, at **7:30 AM**, at the address of **384 HOWELL Road, PIKE ROAD, Montgomery County, AL 36064**; this declarant served the above described documents upon **CHRISTINA FREEMAN**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **CHRISTINA FREEMAN, NAMED DEFENDANT, A white female approx. 40-45 years of age 5'6"-5'8" in height weighing 120-140 lbs with blonde hair.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Alabama** that the statement above is true and correct.

DATED this 14th day of March, 2007

**Glenn McDaniel**

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

**ORIGINAL PROOF OF SERVICE**

ABC Tracking #: 4244940

EXHIBIT

B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

ELEKTRA ENTERTAINMENT GROUP )
INC., a Delaware corporation; SONY BMG )
MUSIC ENTERTAINMENT, a Delaware )
general partnership; and BMG MUSIC, a )
New York general partnership, )

        Plaintiffs, )

vs. )

MARK FREEMAN and )
CHRISTINA FREEMAN, )

        Defendants. )
)

FEB 2 0 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Civil Action No.: 2:06-cv-00914-ID-WC

## FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT

COME NOW the Plaintiffs and File this First Amended Complaint for Copyright Infringement and would show unto the Court the following:

### JURISDICTION AND VENUE

1.    This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101, et seq.).

2.    This Court has jurisdiction under 17 U.S.C. § 101, et seq.; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3.    This Court has personal jurisdiction over the Defendants, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendants reside in this District, and the acts of infringement complained of herein occurred in this District.



EXHIBIT

C

177235.1

## PARTIES

4.    Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

6.    Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

7.    Plaintiffs are informed and believe that Defendant, Mark Freeman, is an individual residing in this District.

8.    Plaintiffs are informed and believe that Defendant, Christina Freeman, is an individual residing in this District.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

9.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

10.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B, attached to

177235.1

Plaintiffs' original Complaint filed on October 10, 2006 and incorporated herein by reference, which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

11.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

12.    Plaintiffs are informed and believe that Defendants, without the permission or consent of Plaintiffs, have used, and continue to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendants have violated Plaintiffs' exclusive rights of reproduction and distribution. Defendants' actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

13.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendants.

14.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

15.    As a result of Defendants' infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c)

177235.1

for Defendants' infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

16.    The conduct of Defendants is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendants from further infringing Plaintiffs' copyrights, and ordering Defendants to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendants shall be and hereby are enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendants also shall destroy all copies of Plaintiffs' Recordings that Defendants have downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendants' possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Respectfully submitted, this the 20th day of February, 2007.

*Kelly P. Pate*
One of the Attorneys for Plaintiffs

Dorman Walker  (Bar # WAL086)
dwalker@balch.com
Kelly F. Pate (Bar # FIT014)
kpate@balch.com
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT has been served upon the following non-CM/ECF participant(s) by United States mail, properly addressed and postage prepaid, on this 20th day of February, 2007:

Mark Freeman
118 Arden Road
Montgomery, AL  36109

*Kelly J. Pate*
OF COUNSEL

177235.1

## EXHIBIT A

### MARK FREEMAN and CHRISTINA FREEMAN

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | Semi-Charmed Life | Third Eye Blind | 188-673 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Break Me Shake Me | Savage Garden | 299-097 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |
| BMG Music | Kenny Chesney | That's Why I'm Here | I Will Stand | 238-371 |
| BMG Music | Lorrie Morgan | Good As I Was To You | Greater Need | 222-871 |

177235.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, | ) ) ) ) ) | Civil Action No.:  2:06-cv-00914-ID-WC |
| | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| MARK FREEMAN and CHRISTINA FREEMAN, | ) ) ) | |
| | ) ) | |
| Defendants. | ) ) ) | |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Plaintiffs hereby request that the Clerk enter default in this matter against Defendants

Mark Freeman and Chrisitna Freeman on the ground that Defendants have failed to appear or

otherwise respond to the Amended Complaint within the time prescribed by the Federal Rules of

Civil Procedure.  Declaration of Kelly F. Pate ¶ 7.

Plaintiffs served the original Summons and Complaint on Defendant Mark Freeman on

November 20, 2006, by personal service, as evidenced by the proof of service on file with this

Court.  Id. ¶ 2.  Plaintiffs served the Summons and Amended Complaint on Defendant Christina

Freeman on March 7, 2007, by personal service, as evidenced by the proof of service on file with

this Court.  Id. ¶ 3.  Plaintiffs served the Summons and Amended Complaint on Defendant Mark

Freeman on February 20, 2007 via United States mail, as evidenced by the Amended Complaint.

1

Declaration of Kelly F. Pate ¶ 4.  Neither Plaintiffs nor the Court have granted either Defendant

any extensions of time to respond to the Amended Complaint.  Id. ¶ 6.  Plaintiffs are informed

and believe that neither Defendant is an infant or incompetent person nor in the military service.

Id. ¶¶ 8-9.

                                            Respectfully submitted,

DATED:    May 8, 2007 _____    s/Kelly F. Pate _____
                                            Dorman Walker (Bar # WAL086)
                                            Kelly F. Pate (Bar # FIT014)
                                            BALCH & BINGHAM LLP
                                            105 Tallapoosa St., Suite 200
                                            P.O. Box 78 (36101-0078)
                                            Montgomery, Alabama 36104
                                            Telephone: (334) 269-3130
                                            Fax: (334) 313-6056

                                            ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Post Office depository on the 8th day of May, 2007.

Mark Freeman
118 Arden Road
Montgomery, AL 36109

Christina Freeman
384 Howell Road
Pike Road, AL 36064

/s/Kelly F. Pate
Of Counsel

1