**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 9, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Elektra Entertainment Group Inc. et al v. Freeman**

**Case Number:   2:06cv00914-ID**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to include a certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 14   filed on    May 8, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK FREEMAN and CHRISTINA FREEMAN,<br><br>Defendants. | Civil Action No.: 2:06-cv-00914-ID-WC |

### REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Plaintiffs hereby request that the Clerk enter default in this matter against Defendants Mark Freeman and Chrisitna Freeman on the ground that Defendants have failed to appear or otherwise respond to the Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Kelly F. Pate ¶ 7.

Plaintiffs served the original Summons and Complaint on Defendant Mark Freeman on November 20, 2006, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Plaintiffs served the Summons and Amended Complaint on Defendant Christina Freeman on March 7, 2007, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 3. Plaintiffs served the Summons and Amended Complaint on Defendant Mark Freeman on February 20, 2007 via United States mail, as evidenced by the Amended Complaint.

1

Declaration of Kelly F. Pate ¶ 4. Neither Plaintiffs nor the Court have granted either Defendant any extensions of time to respond to the Amended Complaint. Id. ¶ 6. Plaintiffs are informed and believe that neither Defendant is an infant or incompetent person nor in the military service. Id. ¶¶ 8-9.

                                                          Respectfully submitted,

DATED:   May 8, 2007

                                                          s/Kelly F. Pate
                                                          Dorman Walker (Bar # WAL086)
                                                          Kelly F. Pate (Bar # FIT014)
                                                          BALCH & BINGHAM LLP
                                                          105 Tallapoosa St., Suite 200
                                                          P.O. Box 78 (36101-0078)
                                                          Montgomery, Alabama 36104
                                                          Telephone: (334) 269-3130
                                                          Fax: (334) 313-6056

                                                          ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Post Office depository on the 8th day of May, 2007.

Mark Freeman
118 Arden Road
Montgomery, AL 36109

Christina Freeman
384 Howell Road
Pike Road, AL 36064

/s/Kelly F. Pate
Of Counsel