;  IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>       Plaintiffs,<br><br>v.<br><br>MARK FREEMAN and CHRISTINA FREEMAN,<br><br>       Defendants. | Civil Action No. 2:06-cv-914-ID-WC |

## ENTRY OF DEFAULT

It appearing that defendants, Mark Freeman and Christina Freeman, were duly served with a copy of the summons and complaint on November 20, 2006, by personal service, and a copy of the summons and amended complaint was served on defendant Christina Freeman on March 7, 2007 and on defendant Mark Freeman on February 20, 2007,  and said defendants have failed to answer or otherwise defend this action as set out in the affidavit of plaintiffs' attorney filed herein on May 8, 2007, as required by law.

DEFAULT is hereby entered against defendants, Mark Freeman and Christina Freeman.

DONE THIS  24th    day of   May , 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA