IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK FREEMAN and CHRISTINA FREEMAN<br><br>Defendants. | Civil Action No.: 2:06-cv-00914-ID-WC |

## NOTICE OF ENTRY OF DEFAULT BY CLERK

TO DEFENDANTS:

PLEASE TAKE NOTICE that, on May 24, 2007 the Clerk of the Court entered the default of Defendants Mark Freeman and Christina Freeman. A copy of the Entry of Default is attached hereto as Exhibit A, and incorporated herein by this reference.

Respectfully submitted this 25th day of May, 2007.

                                                                               s/Kelly F. Pate
                                                                               One of the Attorneys for Plaintiffs

Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104
Telephone: (334) 269-3130
Fax: (334) 313-6056

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>v.<br><br>MARK FREEMAN and CHRISTINA FREEMAN,<br><br>    Defendants. | Civil Action No. 2:06-cv-914-ID-WC |

### ENTRY OF DEFAULT

It appearing that defendants, Mark Freeman and Christina Freeman, were duly served with a copy of the summons and complaint on November 20, 2006, by personal service, and a copy of the summons and amended complaint was served on defendant Christina Freeman on March 7, 2007 and on defendant Mark Freeman on February 20, 2007, and said defendants have failed to answer or otherwise defend this action as set out in the affidavit of plaintiffs' attorney filed herein on May 8, 2007, as required by law.

DEFAULT is hereby entered against defendants, Mark Freeman and Christina Freeman.

DONE THIS __24th__ day of __May__, 2007.

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA



EXHIBIT A