# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ELEKTRA ENTERTAINMENT GROUP, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) CIV. ACT. NO. 2:06cv914-ID |
| v. | ) |
| | ) |
| **MARK FREEMAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of Plaintiffs' motion for entry of default judgment by the court, filed on June 1, 2007 (Doc. No. 18), it is ORDERED that Defendants show cause, if any there be, on or before June 19, 2007, why said motion should not be granted.

DONE this 5th day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE