IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELEKTRA ENTERTAINMENT GROUP INC., et al.,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )   Case No. 2:06-cv-00914-ID-WC<br>) |
| **MARK FREEMAN and CHRISTINA FREEMAN,** | )<br>)<br>) |
| Defendants. | )) |

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph Seawell Moore, Balch & Bingham LLP, 105 Tallapoosa Street, Suite 200, P. O. Box 78 (36101), Montgomery, Alabama 36104, 334-834-6500, as additional counsel of record for Plaintiffs.  The Court and opposing counsel are requested to include Joseph Seawell Moore in service and distribution of all pleadings, motions and orders filed or entered herein.

Respectfully submitted this 6th day of June, 2007.

s/Joseph Seawell Moore
One of the Attorneys for Plaintiffs

OF COUNSEL:
Dorman Walker (WAL086)
dwalker@balch.com
Kelly F. Pate (FIT014)
kpate@balch.com
Joseph Seawell Moore (MOO106)
jsmoore@balch.com
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101-0078
334/834-6500
334/269-3115 (fax)

1

2

**CERTIFICATE OF SERVICE**

      I certify that on June 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Mark Freeman
118 Arden Road
Montgomery, AL  36109

Christina Freeman
384 Howell Road
Pike Road, AL 36064

                                        s/Joseph Seawell Moore
                                        Of Counsel